*See* Loc. R. 27(c).

**Rafael NATER, Plaintiff, Appellant,**

v.

**Richard RILEY, Secretary of U.S. Dept. of Education, Defendant, Appellee.**

**No. 00–2348.**

United States Court of Appeals, First Circuit.

July 23, 2001.

Rafael Nater, on brief pro se.

Guillermo Gil, United States Attorney, on brief for appellee.

Before BOUDIN, Chief Judge, SELYA and LYNCH, Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we affirm for the reasons stated by the district court in its order and opinion.

*Affirmed.* Loc. R. 27(c).